INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

CHARLES E. MORRIS, as Receiver, etc., of W. BOLUS & Co. (LTD.), INC., Respondent, v. THE STROBEL & WILKEN COMPANY, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

MORRIS SCHIFF, Respondent, v. BOOKMAR CONSTRUCTION Co., INC., Appellant. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

FRANK MATUSZ and Another, Respondents, v. F. M. WEISS & Co., INC., Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

NATHAN MARCUS, Respondent, v. JACOB MARKS and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

WILLIAM E. FRIEDMAN, Appellant, v. AMERICAN FOREIGN STEEL CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to reply within ten days from service of order upon payment of said costs and ten dollars costs or motion at Special Term. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

IRMA BARTOK NEY, Appellant, v. LEOPOLD ZIMMERMAN and Others, Copartners, etc., Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

GEORGE F. ABBOTT, Respondent, v. HALL & RUCKEL, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

COMPANIA AZUCARERA Y TABACALERA DE BARACOA, Respondent, v. JOSEPH H. MOORE and Others, Individually and as Members of the Copartnership MOORE, LEONARD & LYNCH, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

COMPANIA AZUCARERA Y TABACALERA DE BARACOA, Respondent, v. JOSEPH H. MOORE and Others, Individually and as Members of the Copartnership MOORE, LEONARD & LYNCH, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

BALLARD T. EDWARDS, JR., an Infant, etc., by BALLARD T. EDWARDS, His Guardian ad Litem, Respondent, v. NEW YORK SKIN AND CANCER HOSPITAL, a Domestic Corporation, Defendant, Impleaded with PAPADOPOULOS P. NICHOLAS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

JOHN BYRNE and Another, Doing Business under the Firm Name and Style of BYRNE & BOWMAN, Respondents, v. BROADWAY-JOHN STREET CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

JOSEPH FELDMAN, Respondent, v. FALK AMERICAN POTATO FLOUR CORPORA-TION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

GERSETA CORPORATION, Respondent, v. LOUIS LEVIN, Appellant.— Judgment